```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 24506
   ANTHONY D JACKSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2946

----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 12/29/2007 and was confirmed 02/25/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/23/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  NOTICE ONLY    NOT FILED           .00           .00
CHASE HOME FINANCE LLC    CURRENT MORTG        .00           .00           .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE        .00           .00           .00
RMI/MCSI                  UNSECURED         209.69           .00           .00
BARONS CREDITORS SERVICE  UNSECURED      NOT FILED           .00           .00
CENTRIX RESOURCE SYSTEM   UNSECURED      NOT FILED           .00           .00
COMCAST                   UNSECURED      NOT FILED           .00           .00
ASPIRE                    UNSECURED      NOT FILED           .00           .00
NICOR GAS                 UNSECURED        1052.47           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         966.93           .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY          543.56           .00           .00
UNITED CONSUMER FINANCIA  UNSECURED        1560.00           .00           .00
WASHINGTON MUTUAL/PROVID  UNSECURED      NOT FILED           .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED         115.50           .00           .00
LEGAL HELPERS PC          DEBTOR ATTY      3,202.00                      667.00
TOM VAUGHN                TRUSTEE                                         58.00
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                725.00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                       667.00
TRUSTEE COMPENSATION                                  58.00
DEBTOR REFUND                                           .00
                     ---------------    ---------------
TOTALS                 725.00                        725.00

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 24506 ANTHONY D JACKSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```